IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES BOWMAN,

    Plaintiff,

v.                                    Civil Action No. 3:09CV707-HEH

H.F. HANCOCK, *et al.*,

    Defendants.

## MEMORANDUM OPINION
(Dismissing Without Prejudice 42 U.S.C. § 1983 Action)

Plaintiff, a former Virginia prisoner proceeding *pro se*, filed this action for relief pursuant to 42 U.S.C. § 1983. By Memorandum Order entered on December 15, 2010, the Court found that Plaintiff's complaint did not comply with Federal Rule of Civil Procedure 8(a)(2) and directed Plaintiff to file a particularized complaint within twenty (20) days of the date of entry thereof. The Court warned Plaintiff that the failure to comply with the directives of the December 15, 2010 Memorandum Order within twenty (20) days of the date of entry thereof, would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b). More than twenty (20) days have elapsed since the entry of the December 15, 2010 Memorandum Order and Plaintiff has not submitted a particularized complaint. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: Feb. 8, 2011
Richmond, Virginia